

# THE THIRTEENTH COURT OF APPEALS

13-17-00461-CV

Gretchen Frumess
v.
Lynn Trabing and Anita Croft

On appeal from the
County Court at Law No. 6 of Hidalgo County, Texas
Trial Cause No. CL-17-2564-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside without regard to the merits, and this case remanded to the trial court. The Court orders the judgment of the trial court SET ASIDE without regard to the merits, and this case REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are taxed against appellant. We remand this issue of the supersedeas bond to the trial court for further disposition.

We further order this decision certified below for observance.

January 18, 2018